IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE MERCER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-0523 |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Counsel for defendant has filed a Motion to Compel, (Docket Entry No. 23). The filing of these motions is inconsistent with this court's procedures, which require the following:

**Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of <u>any</u> motion papers.  Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel.  The fax number is (713) 250-5213.  To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done.  If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

This motion is stricken.  A premotion conference to address the subject matter of the motion is set for **September 9, 2013, at 2:00 p.m.**

SIGNED on August 30, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District