IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE MERCER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-0523 |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties filed an agreed motion for a continuance. (Docket Entry No. 30). The motion is granted. The joint pretrial order is to be filed by February 21, 2014. The docket call is reset to **February 28, 2014, at 2:00 p.m.**

SIGNED on January 17, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge