IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JACKIE MERCER, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-0523 |
| § | |
| WAL-MART STORES TEXAS, LLC, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In accordance with this court's Memorandum and Opinion of today's date, summary judgment is granted for the defendant, Wal-Mart Stores Texas, LLC. The claims asserted by the plaintiff, Jackie Mercer, are dismissed, with prejudice, and Mercer takes nothing on his claims against Wal-Mart Stores Texas, LLC.

This is a final judgment.

SIGNED on January 21, 2014, at Houston, Texas.

                                                Lee H. Rosenthal
                                                United States District Judge